RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 21 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

DANTAVEAS D. LINDSEY,

Defendant

18 U.S.C. § 922(g)(1)

1:26-cr-00417
Judge Edwards
Magistrate Judge Perez-Montes

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**Possession of a Firearm or Ammunition by a Convicted Felon**
[18 U.S.C. § 922(g)(1)]

On or about December 12, 2025, in the Western District of Louisiana, the defendant,

**DANTAVEAS D. LINDSEY,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, one HiPoint C9 firearm, 9mm caliber, and one Tisas PX-9 firearm, 9mm caliber, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE NOTICE**

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of

America of certain property to which the defendant, **DANTAVEAS D. LINDSEY**, has an interest.

B. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States of America, as alleged in this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

C. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, to the following:

1.) HiPoint C9 firearm, 9mm caliber;

2.) Tisas PX-9 firearm, 9mm caliber; and

2.) ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

[redacted]

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

JESSICA D CASSIDY FOR

J. DANIEL SIEFKER, JR.
ASSISTANT UNITED STATES ATTORNEY